MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC.,<br><br>Defendant. | Case No.: 2:17-cv-00713-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 23]**<br><br>**[FIRST REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Thunder Properties, Inc., (**Thunder**), by and through their respective counsel of record, hereby stipulate and agree to the extension of Nationstar's deadline to respond to Thunder's motion to dismiss [ECF No. 23], currently set for Tuesday, July 16, 2019. The parties agree that Nationstar shall have up to and including **Friday, August 2, 2019**, to file its response. The parties request the extension to allow Nationstar to depose third-party Hampton & Hampton before responding to Thunder's motion to dismiss. Depending on the information learned in the deposition, the parties may resolve the issues raised in Thunder's motion without the need for court involvement. Hampton & Hampton's deposition is currently scheduled for July 29, 2019, which date has been coordinated with all counsel and Hampton & Hampton's witness at the earliest date convenient for all involved.

…

…

…

1

49459389;1

This is Nationstar's first request for an extension of this deadline, and is not intended to cause any undue delay or prejudice to any party.

DATED July 16th, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar. No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar. No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED** 7/18/2019

49459389;1