MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC.,<br><br>　　　　　　Defendant. | Case No.:　　2:17-cv-00713-JAD-NJK<br><br>**STIPULATION AND ORDER TO ALLOW THUNDER PROPERTIES, INC. TO WITHDRAW ITS MOTION TO DISMISS, ECF NO. 23, WITHOUT PREJUDICE, AND TO ALLOW NATIONSTAR MORTGAGE LLC LEAVE TO AMEND ITS COMPLAINT** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Thunder Properties, Inc., (**Thunder**), by and through their respective counsel of record, stipulate and agree to allow Thunder to withdraw its motion to dismiss, ECF No. 23, without prejudice, and to allow Nationstar leave to file an amended complaint.

Good cause exists to allow Nationstar leave to amend, based on Nationstar's assertion that leave should freely be granted under Fed. R. Civ. P. 15(a) and Nationstar's leave to amend deadline has not yet passed. *See* scheduling order, ECF No. 27 (setting amendment deadline as August 5, 2019). Nationstar's proposed amended complaint incorporates information learned from the deposition of Hampton & Hampton it took earlier this week and further amends the relief it seeks in this action.

. . .

. . .

1

49713673;1

If Nationstar is allowed to amend its complaint, Nationstar respectfully asks it be allowed three days from the court's granting of this stipulation to file its amended complaint.

This stipulation is made in good faith and is not intended to cause any undue delay or prejudice to any party.

DATED August 2nd, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar. No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Nationstar Mortgage LLC* | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar. No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

United States Magistrate Judge

**DATED** August 5, 2019

2

49713673;1