ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE LLC,

      Plaintiff,

vs.

THUNDER PROPERTIES, INC.,

      Defendant.

Case No. 2:17-cv-00713-JAD-NJK

ECF No. 40

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, NATIONSTAR MORTGAGE LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 10, 2019, Plaintiff filed a Motion for Summary Judgment herein [ECF #39]. A Response to said Motion is presently due on December 31, 2019.

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. In addition, counsel has had family visiting for the Christmas and New Years Day holidays

which further limited the available time to respond.

3. Based upon the foregoing, Defendant has requested and shall be granted an extension of time until January 15, 2020, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this  30th  day of December, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *Donna M. Wittig* <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, NV 89134 <br> 702-634-5000 <br> 702-380-8572 (fax) <br> donna.wittig@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Nationstar Mortgage, LLC*** |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 31, 2019