ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE LLC,

        Plaintiff,

vs.

THUNDER PROPERTIES, INC.,

        Defendant.

Case No. 2:17-cv-00713-JAD-NJK

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, NATIONSTAR MORTGAGE LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 10, 2019, Plaintiff filed a Motion for Summary Judgment herein [ECF #39].

2. On December 30, 2019, the parties submitted a stipulation to extend the time to respond to the Motion for Summary Judgment until January 15, 2020. [ECF #40]. Said stipulation was approved by the court on December 31, 2019. [ECF #41].

3. Defendant's counsel has been required to devote time and attention to numerous

other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

4. Based upon the foregoing, Defendant has requested and shall be granted an additional extension of time until January 22, 2020, in which to respond to the Plaintiff's Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 15th day of January, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

AKERMAN LLP

/s/ Donna M. Wittig
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 16, 2020.