ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE LLC,

    Plaintiff,

vs.

THUNDER PROPERTIES, INC.,

    Defendant.

Case No. 2:17-cv-00713-JAD-NJK

**ORDER**

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Third Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, NATIONSTAR MORTGAGE LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 10, 2019, Plaintiff filed a Motion for Summary Judgment herein [ECF #39].

2. On December 30, 2019, the parties submitted a stipulation to extend the time to respond to the Motion for Summary Judgment until January 15, 2020. [ECF #40]. Said stipulation was approved by the court on December 31, 2019. [ECF #41].

3. On January 15, 2020, the parties submitted a second stipulation to extend the time

3433 Skyline

to respond to the Motion for Summary Judgment until January 22, 2020. [ECF #42]. Said stipulation was approved by the court on January 15, 2020. [ECF #43].

4. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

5. In addition, the parties have initiated settlement discussions that they would like to more fully explore before spending additional time and resources on continuing litigation.

6. Based upon the foregoing, Defendant has requested and shall be granted an additional extension of time until February 12, 2020, in which to respond to the Plaintiff's Motion for Summary Judgment.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___22nd___ day of January, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

AKERMAN LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ *Donna M. Wittig*
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

_____
UNITED DISTRICT COURT JUDGE
Dated: January 22, 2020.