1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 West Charleston Blvd. #75
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

NATIONSTAR MORTGAGE LLC,

               Plaintiff,

vs.

THUNDER PROPERTIES, INC.,

               Defendant.

Case No. 2:17-cv-00713-JAD-NJK

**ORDER**

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Fourth Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, NATIONSTAR MORTGAGE LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 10, 2019, Plaintiff filed a Motion for Summary Judgment herein [ECF #39].

2. On December 30, 2019, the parties submitted a stipulation to extend the time to respond to the Motion for Summary Judgment until January 15, 2020. [ECF #40]. Said stipulation was approved by the court on December 31, 2019. [ECF #41].

3. On January 15, 2020, the parties submitted a second stipulation to extend the time

to respond to the Motion for Summary Judgment until January 22, 2020. [ECF #42]. Said stipulation was approved by the court on January 15, 2020. [ECF #43].

4. On January 22, 2020, the parties submitted a third stipulation to extend the time to respond to the Motion for Summary Judgment until February 12, 2020. [ECF #44]. Said stipulation was approved by the court on January 22, 2020. [ECF #45].

5. The parties have initiated settlement discussions and a settlement offer is presently being considered. The parties desire to more fully discuss settlement before spending additional time and resources on continuing litigation.

6. Based upon the foregoing, Defendant has requested and shall be granted an additional extension of time until February 26, 2020, in which to respond to the Plaintiff's Motion for Summary Judgment.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___12th___ day of February, 2020.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN LLP

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ Donna M. Wittig
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.

3433 Skyline