MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC.,<br><br>　　　　　　　Defendant. | Case No.: 2:17-cv-00713-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF NATIONSTAR MORTGAGE LLC'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Thunder Properties, Inc. (**Thunder**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar filed its motion for summary judgment on Tuesday, December 10, 2019 [ECF No. 39].

2. Thunder received four extensions to file its response due to the parties ongoing settlement discussions, filing its opposition to Nationstar's motion for summary judgment on Tuesday, February 25, 2020 [ECF No. 48].

3. The deadline for Nationstar to reply in support of its motion for summary judgment was Tuesday, March 10, 2020 [ECF No. 48]. Regarding excusable neglect, undersigned counsel for Nationstar thought the deadline had not yet passed, instead thinking it was coming up soon. In checking her calendar today, she realized the deadline was yesterday. (Undersigned counsel did, as she routinely does each day, printed her daily calendar yesterday but somehow overlooked the

1

52344535;1

deadline.) Upon realizing the deadline passed, she promptly reached out to Thunder's counsel to request the current extension of time.

4. The parties stipulate and agree that Nationstar shall have up to and until **Friday, March 20, 2020** to file its reply in support of its motion for summary judgment.

5. This is the first request for an extension of this reply deadline and is not made for purposes of undue delay. The extension is requested due to issues raised in Thunder's opposition that require investigation from not only Nationstar but also prior servicers, which information could impact the parties' ability to resolve this case on their own without the court having to rule on Nationstar's summary judgment motion.

DATED: March 11th, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Boulevard, Suite 75<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

3/11/2020
DATED