MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THUNDER PROPERTIES, INC., <br><br> Defendant. | Case No.: 2:17-cv-00713-JAD-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF NATIONSTAR MORTGAGE LLC'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **[SECOND REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Thunder Properties, Inc. (**Thunder**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar filed its motion for summary judgment on Tuesday, December 10, 2019 [ECF No. 39].

2. Thunder filed its opposition to Nationstar's motion for summary judgment on Tuesday, February 25, 2020 [ECF No. 48].

3. Nationstar received one extension of the reply deadline, extending the deadline to Friday, March 20, 2020 [ECF No. 50].

4. Nationstar is still waiting on certain loan information in order to complete the reply. With most client contacts having transitioned or are transitioning to remote working due to the coronavirus, communications and location of information are taking longer than expected. For this

1

52448760;1

reason, Nationstar requests an additional two weeks, up to and including **Friday, April 3, 2020** to file its reply.

5. This is the second request for an extension of this reply deadline and is not made for purposes of undue delay.

DATED: March 20th, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Boulevard, Suite 75<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

3/20/2020
_____
DATED

52448760;1