MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC.,<br><br>                Defendant. | Case No.: 2:17-cv-00713-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF NATIONSTAR MORTGAGE LLC'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[THIRD REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Thunder Properties, Inc. (**Thunder**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar filed its motion for summary judgment on Tuesday, December 10, 2019 [ECF No. 39].

2. Thunder filed its opposition to Nationstar's motion for summary judgment on Tuesday, February 25, 2020 [ECF No. 48].

3. Nationstar has received two extensions of this reply deadline; the first extending the deadline to Friday, March 20, 2020 [ECF No. 50], and the second extending the deadline to Friday, April 3, 2020 [ECF No. 52].

…

…

…

1

52607767;1

4. Nationstar is still waiting on certain loan information in order to complete the reply. Certain information was received, but the incorrect documents were provided. With most client contacts having transitioned or are transitioning to remote working due to the coronavirus, communications and location of information are taking longer than expected. For this reason, Nationstar requests an additional fourteen (14) days, up to and including **Friday, April 17, 2020** to file its reply. To the extent all information requested is not received by undersigned counsel for Nationstar, Nationstar nevertheless still intends to file the reply brief no later the new requested deadline so briefing can be completed.

5. This is the third request for an extension of this reply deadline and is not made for purposes of undue delay.

DATED: April 3rd, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Roger P Croteau* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Boulevard, Suite 75<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

4/6/2020
_____
DATED

52607767;1