1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 West Charleston Blvd. #75
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **THUNDER PROPERTIES, INC.**

7

8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11                              ***

12  NATIONSTAR MORTGAGE LLC,              )
                                          )
13                           Plaintiff,   )
                                          )    Case No.   2:17-cv-00713-JAD-NJK
14  vs.                                   )
                                          )
15  THUNDER PROPERTIES, INC.,             )          ECF No. 58, 66
                                          )
16                           Defendant.   )
    _____ )

17                 **Stipulation and Order Extending Stay**

18

19       COMES NOW, Defendant, THUNDER PROPERTIES, INC. (*"Thunder"*), and Plaintiff,

20  NATIONSTAR MORTGAGE LLC (*"Nationstar"*), by and through their undersigned counsel,

21  and hereby stipulate and agree as follows:

22       1.    The instant matter involves real property commonly known as 3433 Skyline

23             Boulevard, Reno, Nevada 89509 (*"the "Property"*), which is located within and

24             governed by a common interest community known as Skyline Villas Association,

25             Inc. (*the "HOA"*).  The Property was the subject of a homeowners association lien

26             foreclosure sale conducted by Hampton & Hampton Collections, LLC

27             (*"Hampton" or "HOA Trustee"*), on behalf of HOA on November 12, 2013

28             (*"HOA Foreclosure Sale"*).  Thunder purchased the Property at the HOA

Foreclosure Sale.  Nationstar or its predecessor possessed one or more secured interests in the Property at the time of the HOA Foreclosure Sale.

2.   On June 15, 2021, the parties hereto submitted a Stipulation to Stay Litigation [ECF #64] herein based upon settlement negotiations that they expected to resolve this matter.

3.   On June 18, 2021, the Court entered an Order approving the above-described Stipulation, staying this action for all purposes until August 18, 2021. [ECF #65].

4.   Thunder and Nationstar have executed and partially performed a settlement agreement setting forth the terms of an amicable resolution of this matter.   The settlement agreement includes certain contingencies that must be met before the agreement will become final and binding.

5.   The parties believe that the required contingencies will be met and that the matter will be resolved as described in their Stipulation dated June 15, 2021, however, Nationstar and associated entities require additional time in order to complete certain contingencies.

6.   The parties continue to anticipate that they will stipulate that the HOA Foreclosure Sale was not void and that Thunder acquired its ownership interest subject to Nationstar's security interests, thereby resolving this matter.

//
//
//
//
//
//
//
//
//
//

3433 Skyline

7.    Based upon the foregoing, Thunder and Nationstar jointly request that this Court extend the stay of this litigation, including any ruling based upon the supplemental briefing that is presently before the court, for an additional period of 45 days, until October 4, 2021.

8.    This Stipulation is made in good faith and not for purpose of delay.

Dated this _____16th_____ day of August, 2021.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                                    AKERMAN LLP


/s/ Timothy E. Rhoda                                  /s/ Melanie D. Morgan
TIMOTHY E. RHODA, ESQ.                          MELANIE D. MORGAN, ESQ.
Nevada Bar No. 7878                                   Nevada Bar No. 8215
2810 West Charleston Blvd. #75                 DONNA M. WITTIG, ESQ.
Las Vegas, Nevada 89102                           Nevada Bar No. 11015
(702) 254-7775                                           1635 Village Center Cir., Suite 200
croteaulaw@croteaulaw.com                      Las Vegas, NV 89134
**Attorney for Defendant**                           702-634-5000
**Thunder Properties, Inc.**                          702-380-8572 (fax)
                                                             melanie.morgan@akerman.com
                                                             donna.wittig@akerman.com
                                                             **Attorney for Plaintiff**
                                                             **Nationstar Mortgage, LLC**


## ORDER

Based on the parties' stipulation **[ECF No. 66]** and good cause appearing, IT IS HEREBY ORDERED that **the stay of this action is extended to October 4, 2021.**  IT IS FURTHER ORDERED that the pending supplemental motion for summary judgment **[ECF No. 58] is DENIED** without prejudice to its reinstatement (along with all related briefing) by October 10, 2021, should this settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021

3433 Skyline